# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Sharon A. King |
| | : | |
| v. | : | Mag. No. 21-mj-17026 |
| | : | |
| ANTHONY STILES | : | **ORDER FOR A CONTINUANCE** |

    This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Jeffrey B. Bender, Assistant United States Attorney), and defendant Anthony Stiles (by Paul Sarmousakis, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including August 1, 2022 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that the defendant has the right to have an information filed or the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and the Court having previously entered Standing Order 21-11, continuing this and all other criminal matters in this district from December 29, 2021 through January 31, 2022, in response to the national emergency created by COVID-19; and the Court having granted five prior continuances; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have reached a pre-indictment resolution, and seek additional time to present the plea agreement to the Court for its review, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 25th of May, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including August 1, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including August 1, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE SHARON A. KING
United States Magistrate Judge

Form and entry consented to:

/s/ Paul A. Sarmousakis
_____
Paul Sarmousakis, Esq.
Counsel for Defendant Anthony Stiles

/s/ Jeffrey B. Bender
_____
Jeffrey B. Bender
Assistant U.S. Attorney

2